IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                            PLAINTIFF

v.                                    NO. 4:05CR00054-01 JLH

KENNETH RAY IRVIN                                                                   DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, Kenneth Ray Irvin's motion to vacate or set aside his conviction and sentence pursuant to 28 U.S.C. § 2255 is DENIED. The petition is dismissed with prejudice.

IT IS SO ORDERED this 13th day of January, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE